■ IN SPORTSWEAR, INC., Respondent, v. ARKWRIGHT-BOSTON MANUFACTURERS MUTUAL INSURANCE COMPANY. Appellant.— Order, Supreme Court, New York County, entered June 16, 1972, unanimously reversed, on the law, and plaintiff-respondent's motion for summary judgment striking the answer denied. Appellant shall recover of respondent $60 costs and disbursements of this appeal. Damage occurred to merchandise at plaintiff's place of business by reason of discharge of water from a sprinkler. This dispute is not concerned with property damage but involves the question of whether plaintiff is covered for loss of profits resulting from inability timely to replace the damaged merchandise. Disposition must await a trial of this and other issues, including the issue of timeliness itself. Concur — Stevens, P. J., Markewich, Kupferman, Lane and Tilzer, JJ.

■ In the Matter of FELICITA M. ORTIZ, Respondent, v. GEORGE K. WYMAN, as Commissioner of the New York State Department of Social Services, Appellant, and JULE M. SUGARMAN. as Commissioner of the New York City Department of Social Services. Respondent.— Judgment, Supreme Court, New York County, entered August 22, 1972, unanimously modified, on the law and the facts, to reduce the amount of public assistance grant to $64.25. and otherwise affirmed, without costs and without disbursements. The facts, indicating theft of the relief check by the decamping husband and father, present an emergency situation. The reduced amount of grant takes account of the sum of $20 received from other sources, reduced further to represent no more than the amount required for support of petitioner's children. Concur — Markewich, J. P., Kupferman, Lane, and Capozzoli, JJ.